

FILED

FEB 1 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

Alberto HERNANDEZ-Meza

           Defendant.

Magistrate Case No.: '08 MJ 8137

COMPLAINT FOR VIOLATION OF

21 U.S.C. § 952 and 960
Importation of a Controlled Substance
(Felony)

The undersigned complainant being duly sworn states:

That on or about February 13, 2008, within the Southern District of California, defendant Alberto HERNANDEZ-Meza did knowingly and intentionally import approximately 47.88 kilograms (105.33 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 14TH DAY OF FEBRUARY 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Alberto HERNANDEZ-Meza

STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to US Immigration and Customs Enforcement Special Agent Timothy Ballard.

On February 13, 2008 at approximately 0730 hours, Alberto HERNANDEZ-Meza entered the United States at the Calexico, California, West Port of Entry. HERNANDEZ was the driver of a 1984 Toyota Pick-Up, bearing California license plate 7N45916. The primary inspector tapped on the bed of HERNANDEZ's Toyota truck and noticed that it sounded unusually thick. HERNANDEZ gave the primary inspector a negative oral customs declaration. The vehicle was referred to the secondary lot for closer examination.

In the vehicle secondary lot, a canine inspection of the vehicle was performed. The canine alerted and responded to the tailgate area of the vehicle.

A subsequent inspection of the vehicle revealed 41 packages contained within a false compartment in the bed of the truck. One of the packages was probed and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 41 packages had a combined net weight of approximately 47.88 kilograms (105.33 pounds).

HERNANDEZ was placed under arrest and advised of his Constitutional Rights, which he acknowledged and waived, agreeing to answer questions. HERNANDEZ admitted knowledge of the marijuana and said he was to be paid to smuggle it into the United States.

HERNANDEZ was booked into the Imperial County Jail pending his initial appearance before a U.S. Magistrate Judge.